## Commonwealth v. Whiteside, Appellant.

Argued April 10, 1973. Michael Halliday, for appellant; Robert F. Banks, First Assistant District Attorney, with him Joseph J. Nelson, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Wilson, Appellant.

Submitted April 12, 1973. John H. Corbett, Jr., and John J. Dean, Assistant Public Defenders, and George H. Ross, Public Defender, for appellant; Louis R. Paulick and Robert L. Eberhardt, Assistant District Attorneys, and Robert W. Duggan, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.